**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| ANDREA RICHEY | v. | MATANUSKA-SUSITNA BOROUGH |
| THE HONORABLE JOHN W. SEDWICK | | CASE NO. 3:14cv00170 (JWS) |

PROCEEDINGS:  **ORDER FROM CHAMBERS**           Date:  April 17, 2015

In the order at docket 51, the court denied defendant's motion for partial summary judgment filed at docket 31. Unfortunately, the conclusion section of the order erroneously refers to the motion as plaintiff's motion. Accordingly, the order at docket 51 is hereby AMENDED so that the Conclusion section reads in its entirety as follows: "Based on the preceding discussion, defendant's motion for partial summary judgment is DENIED."